IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,
         Plaintiff,

v.                            Civil No.  08-1064

CHARLES EVERETT CLANTON and
MARY ANN CLANTON,
Husband and Wife,
FARMERS BANK OF HAMBURG,
and STATE OF ARKANSAS,
DEPARTMENT OF FINANCE
AND ADMINISTRATION,
         Defendants.

## DEFICIENCY JUDGMENT

On this 8th day of May, 2009, upon motion of the plaintiff for a deficiency judgment (Doc. 23), and it appearing to the Court that judgment was obtained on January 7, 2009, for the sum of $10,394.96, that upon judicial sale the proceeds of $58,792.90 were applied upon the priority lien of separate defendant, Farmers Bank of Hamburg.

That there remains a deficiency of $10,394.96, plus interest of .37 percent per annum from date of judgment until paid in full, together with costs of this suit in the amount of $701.04 for fees of the United States Attorney, and $1,121.84 for fees of the United States Marshal.  Upon consideration, the Court finds that the Motion for Deficiency Judgment filed by the United States of America should be and hereby is **GRANTED**.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, United States Department of Agriculture, Farm Service,  shall have and recover judgment against the separate defendants, Charles Everett Clanton and Mary Ann Clanton, jointly and severally, in the sum of $10,394.96, together with interest at the rate of .37 percent per annum from the date of this judgment until paid; and costs herein laid out and expended.

IT IS FURTHER ORDERED, ADJUDGED and DECREED and that the United States Attorney have and recover from the defendants, Charles Everett Clanton and Mary Ann Clanton, jointley and severally, the sum of $701.04 for costs incurred in litigating this suit; and,

IT IS FURTHER ORDERED, ADJUDGED and DECREED and that the United States of America, on behalf of the United States Marshal's Service have and recover from the defendants, Charles Everett Clanton and Mary Ann Clanton, jointly and severally, the sum of $1,121.84, for costs incurred service of process and conducting the foreclosure sale.

  /s/ Harry F. Barnes
HONORABLE HARRY F. BARNES
UNITED STATES DISTRICT JUDGE